# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Trenton Indian Service Area, a Federal Indian Service Area, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Weldon B. Loudermilk, Director of Great Plains Regional Office, Bureau of Indian Affairs and Yvonne Larocque, Self Determination Officer of the Office of Self Determination, Great Plains Regional Office, Bureau of Indian Affairs, | ) ) ) ) ) ) ) | |
| | ) | Case No. 4:12-cv-143 |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Cindy L. Turcotte to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Cindy L. Turcotte has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 26) is **GRANTED**. Attorney Cindy L. Turcotte is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge